FILED

FEB 03 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 1:26-cr- 12 |
| **v.** | ) | |
| | ) | Judge McDonough |
| | ) | |
| **JOSHUA L. BELL** | ) | Magistrate Judge Dumitru |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about September 6, 2025, in the Eastern District of Tennessee, the defendant, JOSHUA L. BELL, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

### *Forfeiture Allegations*

1.     The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One of this Indictment, the defendant, JOSHUA L. BELL, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense including, but not limited to the following:

Page **1** of **2**

- Smith and Wesson M&P FPC Rifle and ammunition

3.  If any of the properties described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  have been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Christopher D. Poole
Assistant United States Attorney

Page **2** of **2**